UNITED STATES of America, Appellee,

v.

Howard LANE, Appellant.

No. 01–3795.

United States Court of Appeals, Eighth Circuit.

Submitted April 16, 2002.

Decided April 19, 2002.

Before BOWMAN, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Following a hearing, the district court[1] ordered Howard Lane committed under 18 U.S.C. § 4245 to the custody of the Attorney General, for hospital care and treatment in a suitable facility until treatment is no longer needed or his sentence expires, whichever occurs first. Mr. Lane appeals. Having carefully reviewed the record, we are satisfied that the district court's findings as to Mr. Lane's condition are not clearly erroneous. *See* 18 U.S.C.

recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

§ 4245(d) (burden of proof); *United States v. S.A.*, 129 F.3d 995, 1000 (8th Cir.1997) (standard of review), *cert. denied*, 523 U.S. 1011, 118 S.Ct. 1200, 140 L.Ed.2d 329 (1998). Accordingly, we affirm.

Additionally, we grant counsel's pending motion.